UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GORDON J. MCKERNAN and GORDON MCKERNAN INJURY ATTORNEYS, LIMITED LIABILITY COMPANY**<br><br>  Plaintiffs<br><br>**VERSUS**<br><br>**E. ERIC GUIRARD and E ERIC GUIRARD AND ASSOCIATES, LLC**<br><br>  Defendant | **CIVIL ACTION NO. 3:17-CV-00418**<br><br><br><br>**JUDGE JAMES J. BRADY**<br><br><br><br>**MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1, Plaintiff, Gordon McKernan Injury Attorneys, Limited Liability Company, through undersigned counsel, states that it has no parent corporation and that no publicly traded company or corporation owns 10% or more of its stock.

        Respectfully Submitted,

          *s/ Michael R. Rhea*
        Donald W. Washington (LA Bar No. 21402)
        JONES WALKER LLP
        600 Jefferson Street, Suite 1600
        Lafayette, Louisiana 70501
        Tel.: (337)-593-7600; Fax: (337)-593-7601
        dwashington@joneswalker.com

        -and-

Michael K. Leachman (LA Bar No. 30158)
Michael R. Rhea (LA Bar No. 34722)
JONES WALKER LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Tel.: (225) 248-2098; Fax: (225) 248-3098
mleachman@joneswalker.com
mrhea@joneswalker.com

**ATTORNEYS FOR PLAINTIFFS GORDON J. MCKERNAN and GORDON MCKERNAN INJURY ATTORNEYS, LIMITED LIABILITY COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of August, 2017, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for Defendants to the extent they are registered with the Court's CM/ECF system.

    ___*s/ Michael R. Rhea*_____