

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

August 11, 2017

Eric J. O'Bell  
O'Bell Law Firm, LLC  
3500 N. Hullen Street  
Metairie, LA 70002

RE:  3:17-CV-418-JJB-RLB  
Mckernan et al v. Guirard et al

NOTICE

This Matter was filed in the Louisiana Middle District Court, Baton Rouge, Louisiana on 6/30/2017. A review of the case file indicates Bradley T. Oster is listed as co-counsel for the defendant. Our records indicate he is currently not admitted to practice before the Middle District of Louisiana. As a result, he will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If a member of the Louisiana State Bar, please have him complete the attorney admission packet located on our website at https://www.lamd.uscourts.gov/BarAdmission.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: _____  
Deputy Clerk